UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RIVERA,<br><br>             Plaintiff,<br><br>     v.<br><br>SERGEANT P. RODRIGUEZ,<br><br>             Defendant. | 1:21-cv-01147-HBK (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on July 29, 2021.  (Doc. No. 1).  Plaintiff did not pay the $402.00 filing fee nor apply to proceed *in forma pauperis* under 28 U.S.C. § 1915.

Accordingly, it is **ORDERED**:

1. Within thirty (30) days of receipt of this order, Plaintiff shall either: (1) complete the attached application to proceed *in forma pauperis*; or (2) pay the $402.00 filing fee for this action.

2. Absent good cause, the Court will not grant any motions for extension of time.

3. Failure to comply with this order may result in dismissal of this action.

Dated:   July 29, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE