UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RIVERA, | Case No. 1:21-cv-1147-HBK |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | FOURTEEN-DAY RESPONSE PERIOD |
| SERGEANT P. RODRIGUEZ, | |
| Defendant. | |

Plaintiff Juan Rivera, a state prisoner, initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on July 29, 2021. (Doc. No. 1). Plaintiff's complaint was not accompanied by the filing fee or an application to proceed *in forma pauperis* ("IFP"). (*See* Docket). On July 30, 2021, the Court order Plaintiff to within 30 days either submit a completed IFP application or pay the $402.00 filing fee. (Doc. No. 3). The Court enclosed an IFP application and cautioned Plaintiff that his failure to timely comply with the Court's order would result in this matter's dismissal. (*Id*.). Plaintiff has neither paid the filing fee nor filed a new application to proceed IFP.

Federal Rule of Civil Procedure 41(b) permits courts to involuntarily dismiss an action when a litigant fails to prosecute an action or fails to comply with a court order. *See* Fed. R. Civ. P. 41(b); *see Applied Underwriters v. Lichtenegger*, 913 F.3d 884, 889 (9th Cir. 2019) (citations omitted); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005)

("[T]he consensus among our sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) *sua sponte*, at least under certain circumstances."). Local Rule 110 similarly permits courts to impose sanctions on a party who fails to comply with a court order.

Accordingly, it is hereby **ORDERED**:

Within **fourteen (14) days** from receipt of this Order, Plaintiff shall comply with the Court's previous July 30, 2021 Order, or show cause why the Court should not recommend that this case be dismissed without prejudice for Plaintiff's failure to prosecute this action and/or his failure to timely comply with the Court's July 30, 2021 Order.

Dated:   September 4, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE